IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02676-MSK-PAC

REGISTRAR SYSTEMS LLC, a Colorado limited liability corporation,

        Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,
TARGET CORPORATION, a Minnesota corporation, and
TARGET.COM, a Minnesota corporation,

        Defendants.
_____

**ORDER DENYING UNOPPOSED MOTION FOR LEAVE TO FILE
EVIDENCE IN FORM OF CD-ROM**
_____

**THIS MATTER** comes before the Court pursuant to the Defendants' Unopposed Motion for Leave to File Defendants' Evidence in Support of Defendants' Proposed Claim Construction and Supporting Exhibits on CD-ROM **(# 42)**.

The Court's current Electronic Case Filing Procedures do not contemplate exceptions from electronic filing for documents simply because they are voluminous. *See* www.co.uscourts.gov/forms/ecfPro.pdf, § I.B (documents exempt from electronic filing). The Court is advised by the ECF Administrator that the volume of documents proposed by the Defendants may be filed electronically through the use of multiple .PDF files attached to a

"Statement" event.[1]  Accordingly, the Defendants' Motion is **DENIED**.[2]

Moreover, the Court advises the parties that, notwithstanding the Defendants' representation that "the Court may consult any portion of the proceedings before the Patent Office during the *Markman* process," the Court intends to confine its review of the issues to only those portions of documents that are specifically cited to by the parties in their oral or written arguments.  Documents which the parties do not intend to specifically cite and discuss in their arguments need not be filed.

Dated this 5th day of June, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge

---

[1] For further information, counsel should contact Chris Vagner at 303-335-2009 or Jack Yee at 303-335-2041.

[2] The Defendants may, at their option, submit a CD-ROM to chambers as a <u>courtesy copy</u> of exhibits that they have filed electronically, but such submission shall not constitute suffice purposes of filing with the Clerk of the Court.