IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02676-MSK-PAC

REGISTRAR SYSTEMS LLC, a Colorado limited liability corporation,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,
TARGET CORPORATION, a Minnesota corporation, and
TARGET.COM, a Minnesota corporation,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant Target Corporation's Unopposed Motion to Excuse Attendance at the July 24, 2006 Settlement Conference [filed July 11, 2006; Doc. No. 64] is **GRANTED** as follows:

    Counsel for Defendant Target Corporation shall have a telephone number for their client with them at the Settlement Conference.

Dated:  July 13, 2006