IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02676-MSK-KLM

REGISTRAR SYSTEMS LLC, a Colorado limited liability corporation,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,
TARGET CORPORATION, a Minnesota corporation, and
TARGET.COM, a Minnesota corporation,

    Defendants.

## ORDER VACATING FINAL PRE-TRIAL CONFERENCE

THIS MATTER comes before the Court *sua sponte*. Because this case is currently stayed,

**IT IS ORDERED** that the final pre-trial conference set for **August 14, 2007 is VACATED.**

Dated this 9th day of August, 2007

BY THE COURT:

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge