IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02676-MSK-KLM

REGISTRAR SYSTEMS LLC, a Colorado limited liability corporation,

      Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,
TARGET CORPORATION, a Minnesota corporation, and
TARGET.COM, a Minnesota corporation,

      Defendants.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The following matter is set for a non-evidentiary hearing on the law and motion calendar[1] of Judge Marcia S. Krieger to be held on **February 26, 2009,** at **11:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address the status of this matter.

Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

DATED this 22nd day of January, 2009.

                                              **BY THE COURT:**

---

[1] See MSK Civ. Practice Standard V.H. (Hearings on Motions) for a description of a law and motion hearing.

Marcia S. Krieger
United States District Judge