**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover                                  Date: February 26, 2009
Court Reporter:     Paul Zuckerman

Civil Action No. 05-cv-02676-MSK

*Parties*:                                                          *Counsel Appearing:*

REGISTRAR SYSTEMS LLC, a Colorado limited liability                 Gregory Tamkin
corporation,                                                        Tucker Ttrautman


              Plaintiff,

v.
AMAZON.COM, INC., a Delaware corporation,                           Hugh Gottschalk
TARGET CORPORATION, a Minnesota corporation, and                    Richard McLeod (by telephone)
TARGET.COM, a Minnesota corporation,

              Defendants.

---

**COURTROOM MINUTES**

---

HEARING:    Law and Motions

**11:04 a.m.    Court in session.**

The Court addresses the case status with regard to the patents in this case.

Statements from counsel on whether or not the case should move forward or continued to be stayed.

**ORDER:**     **The Court will close this matter.**  It can be reopened when the patent examination process and all the appeal terms and review have been completed upon a motion by either party.

**11:13 a.m.    Court in recess.**

**Total Time:   9 minutes.**
**Hearing concluded.**