**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02676-MSK-KLM

REGISTRAR SYSTEMS LLC, a Colorado limited liability corporation,

    Plaintiff,

vs.

AMAZON.COM, INC. a Delaware corporation,
TARGET CORPORATION, a Minnesota corporation,

    Defendants.

---

**PLAINTIFF'S NOTICE OF DISMISSAL UNDER FRCP 41(a)(1)**

---

Pursuant to Fed. R. Civ. Proc. 41(a)(1), Plaintiff voluntarily dismisses this action without prejudice. No defendant has filed an Answer to or motion for summary judgment in this action prior to the filing of this notice, and therefore, Plaintiff may dismiss this action.

Respectfully submitted this 24th day of February, 2010.

    s/ Gregory S. Tamkin
Tucker K. Trautman
Gregory S. Tamkin
Evan M. Rothstein
DORSEY & WHITNEY LLP
370 17th Street, Suite 4700
Denver, CO 80202-5647
Telephone:   (303) 629-3400
Facsimile:    (303) 629-3450
E-mail:  trautman.tucker@dorsey.com
E-mail:  tamkin.greg@dorsey.com
E-mail:  rothstein.evan@dorsey.com
**Attorneys for Plaintiff Registrar Systems LLC**

## CERTIFICATE OF SERVICE

  I hereby certify that on February 25, 2010, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL UNDER FRCP 41(a)(1)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

- **Kristin L. Cleveland**
  kristin.cleveland@klarquist.com,mary.pressel@klarquist.com

- **Hugh Q. Gottschalk**
  gottschalk@wtotrial.com,hart@wtotrial.com,gottesfeld@wtotrial.com

- **Richard D. McLeod**
  rxm@klarquist.com,litigationdocketing@klarquist.com,toni.kammers@klarquist.com

- **John Donald Vandenberg**
  john.vandenberg@klarquist.com,marla.beier@klarquist.com

- **Julie M. Walker**
  walker@wtotrial.com,huffaker@wtotrial.com,gottesfeld@wtotrial.com,vinnola@wtotrial.com

- **Michael N. Zachary**
  michael.zachary@klarquist.com,emily.debow-garcia@klarquist.com

          s/ Gregory S. Tamkin
          Gregory S. Tamkin
          Attorneys for Plaintiff
          DORSEY & WHITNEY LLP
          370 17th Street, Suite 4700
          Denver, CO 80202-5647
          Telephone: (303) 629-3400
          Facsimile: (303) 629-3450
          E-mail:  tamkin.greg@dorsey.com